**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRAYAN YOVANY MALDONADO ZELAYA, A# 201 710 622,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Pike County Correctional Facility,<br><br>Respondent. | CIVIL ACTION NO. 3:26-cv-02470<br><br>(SAPORITO, J.) |

## ORDER

AND NOW, this 28th day of September, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **GRANTED**;

2. The government shall **immediately release** the petitioner from custody;

3. The respondent shall file a written notice of the petitioner's release from custody **within three (3) days** after such release;

4. In the interim, the respondent shall file a written status report with respect to the petitioner's custody status **every seven (7) days** after entry of this order, until the petitioner's actual release from custody; and

5. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge